ates nothing and sets nothing at rest ?     The order, in so far as appealed from, should be reversed and the report of the referee confirmed, with ten dollars costs and disbursements.   Jenks, P. J., Burr, Rich and Stapleton, JJ., concurred.     Order, in so far as appealed from, reversed, and report of referee confirmed, with ten dollars costs and disbursements.

---

Claudine Eckert, Respondent, v. Clara M. Truman, Appellant, and Another, Defendant.— After entry of judgment the judgment debtor may appeal by another attorney without any substitution.   (*Lusk* v. *Hastings*, 1 Hill, 656; *Cruikshank* v. *Goodwin*, 20 N. Y. Supp. 757; *Davis* v. *Solomon*, 25 Misc. Rep. 695.)   Mr. White's authority to represent Mrs. Truman in these proceedings had since the judgment, stands undisputed by Mr. Davenport, the former attorney of record.   Plaintiff's motion to dismiss the appeal and to set aside the other proceedings taken in behalf of the appellant is denied, but without costs.   Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ .

George A. Ahearn and Others, Appellants, v. George Schuchman, Respondent.— Motion for leave to appeal to the Court of Appeals granted, and the following question certified: Does the complaint herein state a cause of action against the defendant ?   Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of the Application of the Board of Rapid Transit Railroad Commissioners, etc., for the Appointment of Three Commissioners, etc.   Brooklyn and Manhattan Loop Lines, Brooklyn Sections.— Motion denied, with ten dollars costs.   Burr, Rich, Stapleton and Putnam, JJ., concurred; Carr, J., taking no part.

In the Matter of the Application of the City of New York to Acquire Certain Real Estate at Wantagh, etc., for the Purposes of Water Supply. — Motion for reargument denied, with ten dollars costs.   Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of the Application of Julius L. Mitchell, an Attorney and Counselor of Rhode Island, for Permission to Practice Law in the State of New York.— Application granted.   Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

In the Matter of Addison S. Sanborn, an Attorney.— Matter referred to the Hon. William D. Dickey, official referee, with the suggestion that, as the attorney is now under indictment, he exercise his discretion in waiting a reasonable time before proceeding with the reference.   Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Hannah S. Longworth, Respondent, v. William H. Longworth and Another, Appellants.— Motion denied, without costs, with leave to plaintiff to apply for a reargument if so advised.   Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Ignatz Martin, Respondent, v. Leverett F. Crumb, Appellant.— Motion for reargument denied, without costs.   Motion for leave to appeal to the Court of Appeals denied upon the ground that leave to appeal is unnecessary.   Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.